

08 CRIM 447

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

## MEMORANDUM

**TO:** Jim Molinelli, Miscellaneous Clerk

**FROM:** Marcela Bravo, United States Probation Officer

**RE:** Raymond Ebanks

**DATE:** May 12, 2008

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On September 8, 1989 the above-named individual was sentenced in the Western District of Missouri outlined in the attached J & C.

In April 24, 2008, we received the Prob. 22's endorsed by the Honorable Howard F. Sachs, U.S. District Court Judge, ordering Mr. Ebanks's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *Marcela Bravo*
Marcela Bravo
U.S. Probation Officer